CO-386-online 

# United States District Court
# For the District of Columbia

FILED

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

American Chemical Society )

                        **Plaintiff**

vs

Enterprise Technology Services Group, LLC

AND

Nekol Bell Peterson

                        **Defendant** )

CASE NUMBER 1:07CV00375

JUDGE: Paul L. Friedman

DECK TYPE: General Civil

DATE STAMP: 02/21/2007

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __American Chemical Society__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NONE__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

461224
BAR IDENTIFICATION NO.

John M. Remy
Print Name

8614 Westwood Center Drive
Address

Vienna,    VA        22102
City        State        Zip Code

703-821-2189
Phone Number