IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, ) | Civil Action No. |
| ) | |
| Plaintiff, ) | 1:07CV00375 (PLF) |
| ) | |
| -v- ) | |
| ) | |
| ENTERPRISE TECHNOLOGY SERVICES ) | |
| GROUP, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS

TO:  THE HONORABLE PAUL L. FRIEDMAN, JUDGE OF THE ABOVE CAPTIONED COURT:

Defendants named above, by undersigned counsel, and with the consent of counsel for plaintiff herein, hereby move the Court for an Order granting an extension of time up to and including Tuesday, April 10, 2007 for defendants to file responsive pleadings to the complaint on file in this action. Currently, defendants' responsive pleadings are due by Friday, March 16, 2007, but defendants' counsel, who is entering his appearance by this instant Motion, has just received information and documents on today about this case

and he needs time to review the same, to meet with pertinent witnesses, and to prepare informed responsive pleadings.

WHEREFORE, defendants respectfully request the Court:

1. To issue an Order granting an extension of time up to and including Tuesday, April 10, 2007 for defendants to file responsive pleadings in this action; and

2. To grant such other and further relief that may be appropriate in the circumstance of this case.

                                        Respectfully submitted,

Dated: March 14, 2007         BY:_____\s_____

                                        Wayne Marcus Scriven, Esq.
SCRIVEN LAW OFFICES
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
Tel. (703) 248-2608
Fax. (703) 351-5298
DC BAR No. 438642
w-marcus-scriven@msn.com

SCRIVEN LAW OFFICES
Post Office Box 41009
Fredericksburg, VA 22404-1009
Tel. (540) 891-8974
Fax. (540) 891-8975

Counsel for Defendants,
ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC and
NEKOL BELL PETERSON

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby certify that a copy of the attached and foregoing Consent Motion for Extension of Time for Defendants to File Responsive Pleadings was mailed to:

> John M. Remy, Esq.
> Jennifer A. Harper, Esq.
> 8614 Westwood Center Drive
> Suite 950
> Vienna, Virginia 22182
> Tel. (703) 821-2189
> Fax. (703) 821-2267
>
> Counsel for Plaintiff,
> AMERICAN CHEMICAL SOCIETY

I deposited the above noted mail at the United States Postal Service in Fredericksburg, Virginia on March 15, 2007, after first affixing sufficient postage on it.

Dated: March 15, 2007        BY:_____
                                Wayne Marcus Scriven