UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>        Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC, et al.<br><br>        Defendants/Counter-Plaintiff. | Civil Action No.:  1:07cv00375(PLF) |

## LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3, the parties hereby file this Joint Report.  Counsel for the parties met on April 16, 2007 and discussed the following subjects as required by Fed. R. Civ. P. 26(f) and Local Rule 16.3(c).

1. Resolution by Dispositive Motions:  Both parties believe discovery is necessary to determine whether the case can be resolved by dispositive motions and agree the scheduling order should contain a dispositive motions deadline.

2. Joinder of Additional Parties:  The parties agree June 18, 2007 is the date by which additional parties should be joined or pleadings amended.

3. Assignment to Magistrate:  The parties agree this case should not be assigned to a Magistrate.

4. Possibility of Settlement:  The parties have already begun to explore settlement but do not know if settlement is a realistic possibility.

5. <u>ADR</u>: The parties believe mediation before a Magistrate may be helpful after a period of discovery and will request assignment to a Magistrate for this purpose at the appropriate time.

6. <u>Summary Judgment Deadline</u>: The parties agree that summary judgment motions should be due 30 days from the close of discovery.

7. <u>Initial Disclosures</u>: The parties agree that initial disclosures shall be exchanged by May 25, 2007.

8. <u>Discovery Deadline</u>: The parties agree that all discovery should be completed by October 18, 2007, i.e. five months from the May 18, 2007 scheduling conference.

9. <u>Expert Discovery</u>: The parties agree that plaintiff's expert reports shall be due by July 18, 2007 and defendants' reports shall be due by September 1, 2007.

10. <u>Class Actions</u>: N/A

11. <u>Bifurcation of Trial</u>: The parties do not believe bifurcation of trial is necessary at this point.

12. <u>Pretrial Conference</u>: The parties believe the pretrial conference should be scheduled for January 18, 2008, approximately 90 days after the close of discovery.

13. <u>Trial Date</u>: The parties believe the Court should set a trial date for February 2008. The parties anticipate trial will last five days.

14. <u>Other Matters</u>: The parties do not believe any additional matters require the Court's attention at this time.

                                        Respectfully submitted,

                                        JACKSON LEWIS LLP

Dated: April 17, 2007        By:   /S/_____
                                        John M. Remy (D.C. Bar No. 461244)
                                        Jennifer A. Harper (*admitted 2/9/2007; bar no. pending*)
                                        8614 Westwood Center Drive
                                        Suite 950
                                        Vienna, Virginia 22182
                                        (703) 821-2189
                                        (703) 821-2267 Facsimile
                                        remyj@jacksonlewis.com
                                        harperj@jacksonlewis.com
                                        ATTORNEYS FOR PLAINTIFF/COUNTER-
                                          DEFENDANT

                                        and

                                        SCRIVEN LAW OFFICES

                              By:   /S/_____
                                        Wayne Marcus Scriven (D.C. Bar No. 438642)
                                        1655 North Fort Myer Drive
                                        Suite 700
                                        Arlington, Virginia 22209
                                        (703) 248-2608
                                        (703) 351-5298
                                        w_marcus_scriven@msn.com
                                        ATTORNEY FOR DEFENDANTS/COUNTER-
                                        PLAINTIFF PETERSON