UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CHEMICAL SOCIETY

        Plaintiff/Counter-Defendant,

v.

ENTERPRISE TECHNOLOGY SERVICES
GROUP, LLC, et al.

        Defendants/Counter-Plaintiff.

Civil Action No.: 1:07cv00375(PLF)

## ANSWER TO COUNTERCLAIM

Plaintiff/Counter-Defendant American Chemical Society ("ACS") hereby answers the counterclaim of Defendant/Counter-Plaintiff Peterson. Any allegation not specifically admitted below is hereby denied.

### STATEMENT OF FACTS

1. ACS repeats the allegations in its complaint as though restated fully here.

2. ACS denies the allegations in paragraph 2.

3. ACS denies the allegations in paragraph 3.

4. ACS denies the allegations in paragraph 4.

5. ACS denies the allegations in paragraph 5.

6. ACS denies the allegations in paragraph 6.

### FIRST CAUSE OF ACTION

7. ACS denies the allegations in paragraph 7.

8. ACS admits plaintiff resigned her employment in January 2007. ACS denies the remaining allegations in paragraph 8.

9. ACS denies the allegations in paragraph 9.

10. ACS denies the allegations in paragraph 10.

## SECOND CAUSE OF ACTION

11. ACS repeats its responses to paragraphs 1-10 as if fully restated here.

12. ACS admits its complaint accuses Peterson of fraud and dishonest activities. ACS denies the remaining allegations in paragraph 12.

13. ACS denies the allegations in paragraph 13.

14. ACS denies the allegations in paragraph 14.

15. ACS denies the allegations in paragraph 15.

WHEREFORE, ACS denies Peterson or ETSG is entitled to any relief or damages, including the relief sought by subparagraphs A – D of the Counterclaim.

## AFFIRMATIVE DEFENSES

### First Defense

The counterclaims fail to state a claim upon which relief can be granted as a matter of fact and/or law.

### Second Defense

All or a portion of the counterclaims are barred by the applicable statutes of limitation, failure to exhaust remedies, and/or jurisdictional prerequisites to suit.

### Third Defense

At all times relevant hereto, ACS has acted in good faith.

### Fourth Defense

All or a portion of the counterclaims for damages are barred or reduced by Peterson's mitigation of alleged damages or by her failure to mitigate.

### Fifth Defense

All or a portion of the counterclaims are barred by estoppel, release, laches, set-off, unclean hands, violation of the duty of good faith and fair dealing and/or waiver.

### Sixth Defense

Counterclaims based on an alleged contract are barred by the Statute of Frauds.

### Seventh Defense

Counterclaims based on an alleged contract are barred due to Peterson's breach, fraudulent conduct, and/or anticipatory breach.

### Eighth Defense

Counterclaims based on an alleged contract are barred by Peterson's failure to produce the original document under the relevant evidentiary rules and doctrines.

### Ninth Defense

Counterclaims based on an alleged contract are barred because the alleged contract was allegedly signed by an individual with no authority, actual, apparent, or otherwise, to enter into such a contract on behalf of ACS.

                                              Respectfully submitted,

                                              JACKSON LEWIS LLP

Dated: April 30, 2007          By:   /S/
                                                  John M. Remy (D.C. Bar No. 461244)
                                                  Jennifer A. Harper (*admitted 2/9/2007; bar no. pending*)
                                                  8614 Westwood Center Drive
                                                  Suite 950
                                                  Vienna, Virginia 22182
                                                  (703) 821-2189
                                                  (703) 821-2267 Facsimile
                                                  remyj@jacksonlewis.com
                                                  harperj@jacksonlewis.com
                                                  ATTORNEYS FOR PLAINTIFF/COUNTER-
                                                      DEFENDANT