UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CHEMICAL SOCIETY

        Plaintiff/Counter-Defendant,

v.

ENTERPRISE TECHNOLOGY SERVICES
GROUP, LLC, et al.

        Defendants/Counter-Plaintiff.

Civil Action No.: 1:07cv00375(PLF)

**JOINT MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY AND TO AMEND SCHEDULING ORDER**

    Plaintiff/Counter-Defendant American Chemical Society ("ACS"), Defendant Enterprise Technology Solutions Group, LLC, and Defendant/Counter-Plaintiff Peterson hereby jointly move the Court to extend time for Defendants to respond to discovery and to amend the scheduling order on certain issues. These changes are necessary to allow Defendants the time necessary to respond fully to outstanding discovery and accordingly to allow ACS the time necessary for the disclosure and preparation of expert reports. The parties request the following:

    1.    Defendants' responses to ACS' outstanding document requests and interrogatories were due June 4, 2007. The parties request the extension of this date until June 29, 2007, on which date Defendants will provide written responses to all outstanding discovery and copies of all responsive documents so that they are received in opposing counsel's office by close of business. ACS will reimburse Defendants for the cost of the copies.

2.  Pursuant to the scheduling order, Defendants' initial disclosures were due May 25, 2007. The parties' request this date be extended to June 29, 2007, on which date Defendants will ensure the initial disclosures are delivered to ACS' counsel's office by close of business.

3.  As of June 18, 2007, Defendants' counsel will make available for inspection and expert analysis the best or "most original" version of the contract alleged by the counterclaims.

4.  Pursuant to the scheduling order, ACS' expert disclosures are due July 18, 2007 and Defendants' are due September 1, 2007. In light of the above requests, the parties ask the Court to amend the scheduling order such that ACS' disclosures are due August 18, 2007 and Defendants' disclosures are due September 18, 2007.

None of the changes requested above should impact the overall discovery cut-off or any of the other dates in the scheduling order. Accordingly, the parties ask the Court to grant this joint motion and enter the attached order.

Respectfully submitted,

JACKSON LEWIS LLP

Dated: June 15, 2007    By:   /S/
John M. Remy (D.C. Bar No. 461244)
Jennifer A. Harper (*admitted 2/9/2007; bar no. pending*)
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 Facsimile
remyj@jacksonlewis.com
harperj@jacksonlewis.com
ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT

and

SCRIVEN LAW OFFICES

By:   /S/ _____
Wayne Marcus Scriven (D.C. Bar No. 438642)
1655 North Fort Myer Drive
Suite 700
Arlington, Virginia 22209
(703) 248-2608
(703) 351-5298
w_marcus_scriven@msn.com
ATTORNEY FOR DEFENDANTS/COUNTER-
  PLAINTIFF PETERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>    Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC, et al.<br><br>    Defendants/Counter-Plaintiff. | Civil Action No.: 1:07cv00375(PLF) |

## ORDER

The Court has reviewed the joint motion of the parties to extend certain discovery deadlines and to amend the scheduling order. Find good cause, the motion is hereby GRANTED as follows:

1.    The time for Defendants Peterson and Enterprise Technology Services Group, LLC to respond to outstanding requests for production and interrogatories and to provide initial disclosures shall be extended to June 29, 2007. Defendants shall provide initial disclosures, written responses to all outstanding discovery, and copies of all responsive documents so that they are received in counsel for ACS' offices by close of business on June 29, 2007.

2.    As of June 18, 2007, Defendants' counsel will make available for inspection and expert analysis the best or "most original" version of the contract alleged by the counterclaims.

3.    The scheduling order shall be amended such that ACS' expert disclosures are due August 18, 2007 and Defendants' expert disclosures are due September 18, 2007.

IT IS SO ORDERED, this _____ day of June, 2007.

_____
United States District Judge

4