UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>            Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES<br>GROUP, LLC, et al.<br><br>            Defendants/Counter-Plaintiff. | Civil Action No.: 1:07cv00375(PLF) |

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

Plaintiff/Counter-Defendant American Chemical Society, Defendant Enterprise Technology Services Group, LLC, and Defendant/Counter-Plaintiff Peterson hereby jointly move the Court, pursuant to Fed. R. Civ. P. 26(c), to enter the attached stipulated protective order.

The parties believe the attached order balances the parties' interest in protecting against the disclosure of certain confidential information while not overly encumbering the discovery process. The parties have agreed to be bound by the terms of the protective order until it is entered by the Court so that discovery may continue to progress.

Accordingly, the parties ask the Court to grant this joint motion and enter the attached stipulated protective order.

          Respectfully submitted,

          JACKSON LEWIS LLP

Dated: July 16, 2007    By:  /S/
          John M. Remy (D.C. Bar No. 461244)
          Jennifer A. Harper (*admitted 2/9/2007; bar no. pending*)
          8614 Westwood Center Drive
          Suite 950
          Vienna, Virginia 22182
          (703) 821-2189
          (703) 821-2267 Facsimile
          remyj@jacksonlewis.com
          harperj@jacksonlewis.com
          ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT

and

SCRIVEN LAW OFFICES

          By:  /S/
          Wayne Marcus Scriven (D.C. Bar No. 438642)
          1655 North Fort Myer Drive
          Suite 700
          Arlington, Virginia 22209
          (703) 248-2608
          (703) 351-5298
          w_marcus_scriven@msn.com
          ATTORNEY FOR DEFENDANTS/COUNTER-PLAINTIFF PETERSON