UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 07-0375 (PLF) |
| ) | |
| ENTERPRISE TECHNOLOGY ) | |
| SERVICES GROUP, LLC ) | |
| ) | |
| and ) | |
| ) | |
| NEKOL BELL PETERSON, ) | |
| ) | |
| Defendants/Counterclaimant.[1] ) | |

REFERRAL ORDER

Plaintiff's counsel contacted chambers today to request permission to file a motion to compel. Defendant's counsel wishes to file a motion to quash third-party subpoenas. The Court will allow the parties to file discovery motions, and will refer management of discovery in this case to a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to a magistrate judge for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case

---

[1] Ms. Peterson is the counterclaimant.

number in the caption. On any other filings in this case, the parties shall place only the initials of

Judge Paul L. Friedman after the case number.

        SO ORDERED.


                                        _____/s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: July 17, 2007