UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>        Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES<br>GROUP, LLC, et al.<br><br>        Defendants/Counter-Plaintiff. | Civil Action No.: 1:07cv00375(PLF) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff/Counter-Defendant American Chemical Society ("ACS"), Defendant Enterprise Technology Services Group, LLC, and Defendant/Counter-Plaintiff Peterson hereby jointly move the Court to amend the scheduling order. These changes are necessary to allow the time necessary to conduct full discovery.

1. The parties have engaged in written discovery and are in the process of scheduling depositions. Many issues regarding the production of documents, e-discovery and other information have arisen such that, on July 18, 2007, the Court referred the case to a magistrate for the purposes of discovery. Magistrate Judge Robinson has been appointed by the Court. As of the filing of this motion, a magistrate has not yet been assigned to this case. The parties' also expect the amount of documents involved in the case to be voluminous.

2. More importantly, a former employee and key witness of plaintiff, who has moved to Florida, suffered a severe knee injury in the last week and had emergency surgery. The witness was scheduled to travel to D.C. on July 24 for his deposition to be taken by defendant/counter-plaintiff Bell Peterson as plaintiff/counter-defendant American Chemical

Society's employee who allegedly signed defendant/counter-plaintiff's employment contract, but now that deposition must be postponed by at least four weeks. Further, Ms. Bell Peterson has been out of town business obligations that will result in plaintiff's counsel not being able to take her deposition until August 23, 2007.

3.   Currently, plaintiff's expert disclosures are due August 18, 2007, defendants' disclosures are due September 18, 2007, and the discovery cut-off is October 18, 2007. By this motion, the parties ask the Court to extend these dates by two months to October 18, November 18 and December 18, 2007 respectively. The parties also note that the Court has scheduled a status conference for October 24, 2007, and the parties will appear at that time to advise the Court concerning the progress of discovery. Court may want to reschedule that conference for after the close of discovery.

The parties believe the above requests are reasonable and in the best interest of substantial justice, given the complexity of the issues involved in this case. Accordingly, the parties jointly ask the Court to grant this joint motion and enter the attached order.

Respectfully submitted,

JACKSON LEWIS LLP

Dated: July 23, 2007            By:   /S/
_____
John M. Remy (D.C. Bar No. 461244)
Jennifer A. Harper (*admitted 2/9/2007; bar no. pending*)
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 Facsimile
remyj@jacksonlewis.com
harperj@jacksonlewis.com
ATTORNEYS FOR PLAINTIFF/COUNTER-
    DEFENDANT

2

and

SCRIVEN LAW OFFICES

By: /S/_____
Wayne Marcus Scriven (D.C. Bar No. 438642)
1655 North Fort Myer Drive
Suite 700
Arlington, Virginia 22209
(703) 248-2608
(703) 351-5298
w_marcus_scriven@msn.com
ATTORNEY FOR DEFENDANTS/COUNTER-
  PLAINTIFF PETERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>        Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC, et al.<br><br>        Defendants/Counter-Plaintiff. | Civil Action No.: 1:07cv00375(PLF) |

### ORDER

The Court has reviewed the joint motion of the parties to extend certain discovery deadlines and to amend the scheduling order. Find good cause, the motion is hereby GRANTED. The scheduling order shall be amended as follows:

1. Plaintiff's expert disclosures shall now be due October 18, 2007;

2. Defendants' expert disclosures shall now be due November 18, 2007;

3. Discovery cut-off shall now be December 18, 2007;

4. The parties will appear before the Court at the currently scheduled October 24, 2007 status conference to advise the Court concerning the progress of discovery.

IT IS SO ORDERED, this _____ day of July, 2007.

                                                                                       United States District Judge