IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CHEMICAL SOCIETY, | ) | Civil Action No. |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | 1:07CV00375 (PLF) |
| | ) | |
| -v- | ) | |
| | ) | |
| ENTERPRISE TECHNOLOGY SERVICES, GROUP, LLC, et al., | ) ) | |
| | ) | |
| Defendants/Counter-Plaintiff. | ) | |
| | ) ) | |
| _____ | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS/COUNTER-PLAINTIFF TO FILE
OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S
<u>MOTION TO COMPEL DISCOVERY</u>**

TO:   THE HONORABLE PAUL L. FRIEDMAN, JUDGE OF THE ABOVE CAPTIONED COURT:

Defendants/Counter-Plaintiff named above, by undersigned counsel, and with the consent of counsel for plaintiff/counter-defendant herein, hereby move the Court for an Order granting an extension of time, up to and including Monday, August 27, 2007 for defendants/counter-plaintiff to file an opposition to plaintiff/counter-defendant's motion to compel discovery that is pending in this action. Currently, defendants/counter-plaintiff's opposition is

due on Monday, August 13, 2007. However, the parties have agreed to have a face-to-face meet and confer conference on August 22, 3007 in an effort to resolve all discovery issues that are involved with the motion to compel discovery. The parties believe in good faith that they will be able to resolve all discovery disputes and issues without Court intervention.

WHEREFORE, defendants/counter-plaintiff respectfully request the Court:

1. To issue an Order granting an extension of time, up to and including Monday, August 27, 2007 for defendants/counter-plaintiff to file an opposition to plaintiff/counter-defendant's motion to compel discovery that is pending in this action, or to otherwise inform the Court that all discovery issues have been resolved by the parties; and

2. To grant such other and further relief that may be appropriate in the circumstance of this case.

Respectfully submitted,

Dated: August 13, 2007        BY:_____\s_____
                              Wayne Marcus Scriven, Esq.
                              SCRIVEN LAW OFFICES
                              1655 North Fort Myer Drive
                              Suite 700
                              Arlington, VA 22209
                              Tel. (703) 248-2608
                              Fax. (703) 351-5298
                              DC BAR No. 438642

w-marcus-scriven@msn.com

SCRIVEN LAW OFFICES
Post Office Box 41009
Fredericksburg, VA 22404-1009
Tel. (540) 891-8974
Fax. (540) 891-8975

Counsel for Defendants,
ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC and NEKOL BELL PETERSON

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby certify that a copy of the attached and foregoing Consent Motion for Extension of Time for Defendants/Counter-Plaintiff to File Opposition to Plaintiff/Counter-Defendant's Motion to Compel Discovery was mailed to:

>John M. Remy, Esq.
>Jennifer A. Harper, Esq.
>8614 Westwood Center Drive
>Suite 950
>Vienna, Virginia 22182
>Tel. (703) 821-2189
>Fax. (703) 821-2267
>
>Counsel for Plaintiff/Counter-Defendant,
>AMERICAN CHEMICAL SOCIETY

I deposited the above noted mail at the United States Postal Service in Fredericksburg, Virginia on August 13, 2007, after first affixing sufficient postage on it.

Dated: August 13, 2007            BY:_____/s/_____
                                              Wayne Marcus Scriven