IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CHEMICAL SOCIETY, | ) | Civil Action No. |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | 1:07CV00375 (PLF) |
| | ) | |
| -v- | ) | |
| | ) | |
| ENTERPRISE TECHNOLOGY SERVICES, GROUP, LLC, et al., | ) ) | |
| | ) | |
| Defendants/Counter-Plaintiff. | ) | |
| _____ | ) ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS/COUNTER-PLAINTIFF TO FILE
OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S
<u>MOTION TO COMPEL DISCOVERY</u>**

TO:   THE HONORABLE PAUL L. FRIEDMAN, JUDGE OF THE ABOVE CAPTIONED COURT:

Defendants/Counter-Plaintiff named above, by undersigned counsel, and with the consent of counsel for plaintiff/counter-defendant herein, hereby move the Court for an Order granting an extension of time, up to and including Friday, August 31, 2007 for defendants/counter-plaintiff to file an opposition to plaintiff/counter-defendant's motion to compel discovery that is pending in this action.  Currently, defendants/counter-plaintiff's opposition is

due on Monday, August 27, 2007. However, the parties agreed to, and had, a face-to-face meet and confer conference on August 22, 3007 in an effort to resolve all discovery issues that are involved with the motion to compel discovery. While the parties have not resolved all discovery disputes and issues without Court intervention, thus far, they have made progress and are continuing to engage in dialogue to further resolve discovery issues.

WHEREFORE, defendants/counter-plaintiff respectfully request the Court:

1. To issue an Order granting an extension of time, up to and including Friday, August 31, 2007 for defendants/counter-plaintiff to file an opposition to plaintiff/counter-defendant's motion to compel discovery that is pending in this action, or to otherwise inform the Court as to what discovery issues remain to be resolved by the Court; and

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

2. To grant such other and further relief that may be appropriate in the circumstance of this case.

                                            Respectfully submitted,

Dated: August 27, 2007         BY:_____\s_____
                                            Wayne Marcus Scriven, Esq.
                                            SCRIVEN LAW OFFICES
                                            1655 North Fort Myer Drive
                                            Suite 700
                                            Arlington, VA 22209
                                            Tel. (703) 248-2608
                                            Fax. (703) 351-5298
                                            DC BAR No. 438642
                                            w-marcus-scriven@msn.com

                                            SCRIVEN LAW OFFICES
                                            Post Office Box 41009
                                            Fredericksburg, VA 22404-1009
                                            Tel. (540) 891-8974
                                            Fax. (540) 891-8975

                                            Counsel for Defendants,
                                            ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC and NEKOL BELL PETERSON

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby certify that a copy of the attached and foregoing Consent Motion for Extension of Time for Defendants/Counter-Plaintiff to File Opposition to Plaintiff/Counter-Defendant's Motion to Compel Discovery was mailed to:

John M. Remy, Esq.
Jennifer A. Harper, Esq.
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182
Tel. (703) 821-2189
Fax. (703) 821-2267

Counsel for Plaintiff/Counter-Defendant,
AMERICAN CHEMICAL SOCIETY

I deposited the above noted mail at the United States Postal Service in Fredericksburg, Virginia on August 27, 2007, after first affixing sufficient postage on it.

Dated: August 27, 2007      BY:_____/s/_____
                                  Wayne Marcus Scriven