**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>     Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC, et al.<br><br>     Defendants/Counter-Plaintiff. | Civil Action No.: 1:07cv00375(PLF) |

**JOINT MOTION TO STAY CASE WHILE THE PARTIES ATTEMPT TO REACH SETTLEMENT THROUGH PRIVATE MEDIATION**

Plaintiff/Counter-Defendant American Chemical Society ("ACS"), Defendant Enterprise Technology Solutions Group, LLC, and Defendant/Counter-Plaintiff Peterson hereby jointly move the Court to stay this case in all respects while the parties attempt to settle this case through private mediation. In support of this motion, the parties state as follows:

1.   The current discovery cut-off is December 18, 2007, and the Court has scheduled a status conference for December 20, 2007.

2.   The parties have been actively engaged in discovery but discovery is not complete. However, the parties have reached a point in discovery where they believe they are able to have meaningful settlement discussions. The parties believe the best opportunity to resolve this case is through the use of a private mediation service. The parties are in the process of mutually selecting a private mediator.

3. To complete discovery by the current deadline, the parties would be required to incur significant legal fees and costs. Incurring these costs and fees will make it more difficult for the parties to reach settlement.

4. Accordingly, the parties ask the Court to stay this case in its entirety so they can devote all resources to their settlement efforts. This stay would include (a) briefing on ACS' motion for leave to file an amended complaint; (b) all discovery; (c) Magistrate Judge Robinson's order requiring defendants to pay ACS' costs and fees relating to a recently granted motion to compel; and (d) all other aspects of this case.

5. The parties anticipate completing mediation in time to report to the Court prior to the December 20 status conference. If the parties' settlement efforts are unsuccessful, the parties will meet and confer and propose to the Court a schedule for the completion of discovery and other outstanding matters.

Accordingly, the parties ask the Court to grant this joint motion, stay this case in its entirety, and enter the attached order.

                                  Respectfully submitted,

                                  JACKSON LEWIS LLP

Dated: October 31, 2007       By:   /S/
                                  John M. Remy (D.C. Bar No. 461244)
                                  Jennifer A. Harper (D.C. Bar No. 502828)
                                  8614 Westwood Center Drive
                                  Suite 950
                                  Vienna, Virginia 22182
                                  (703) 821-2189
                                  (703) 821-2267 Facsimile
                                  remyj@jacksonlewis.com
                                  harperj@jacksonlewis.com
                                  ATTORNEYS FOR PLAINTIFF/COUNTER-
                                     DEFENDANT

and

SCRIVEN LAW OFFICES

By: /S/
Wayne Marcus Scriven (D.C. Bar No. 438642)
1655 North Fort Myer Drive
Suite 700
Arlington, Virginia 22209
(703) 248-2608
(703) 351-5298
w_marcus_scriven@msn.com
ATTORNEY FOR DEFENDANTS/COUNTER-
   PLAINTIFF PETERSON

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN CHEMICAL SOCIETY

       Plaintiff/Counter-Defendant,

  v.

ENTERPRISE TECHNOLOGY SERVICES
GROUP, LLC, et al.

       Defendants/Counter-Plaintiff.

Civil Action No.: 1:07cv00375(PLF)

**ORDER**

      The Court has reviewed the joint motion of the parties to stay this matter while the parties attend private mediation. Finding good cause, the motion is hereby GRANTED. This matter shall be STAYED in its entirety. The parties shall file a status report after completion of mediation. If mediation is not successful, the parties shall meet and confer regarding a schedule for completion of discovery and briefing on pending motions and include a report of same in their status report.

      IT IS SO ORDERED, this _____ day of November, 2007.

_____
United States District Judge