UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>      Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC, et al.<br><br>      Defendants/Counter-Plaintiff. | Civil Action No.: 1:07cv00375(PLF) |

### JOINT STATUS REPORT

Plaintiff/Counter-Defendant American Chemical Society, Defendant Enterprise Technology Solutions Group, LLC, and Defendant/Counter-Plaintiff Peterson hereby notify the Court they have completed mediation and had productive settlement discussions. Although the parties must still reach agreement on several pieces of a settlement agreement, the parties believe these issues will be resolved within the next 60 days, if not sooner, and this matter will be concluded at that point.

Therefore, the parties ask the Court to extend the current stay in this matter for an additional 60 days. The parties propose reporting back to the Court no later than February 14, 2008, if not sooner, and expect to inform the Court that they have reached final settlement. The parties will attempt to conclude their settlement discussions and reach a final agreement as soon as possible.

Given the current status of this matter, the parties respectfully suggest the status conference currently scheduled for December 20, 2007, be removed from the calendar.

Accordingly, the parties ask the Court to enter the attached order extending the stay in this matter.

                         Respectfully submitted,

                         JACKSON LEWIS LLP

Dated: December 17, 2007     By:  /S/
                         John M. Remy (D.C. Bar No. 461244)
                         Jennifer A. Harper (D.C. Bar No. 502828)
                         8614 Westwood Center Drive
                         Suite 950
                         Vienna, Virginia 22182
                         (703) 821-2189
                         (703) 821-2267 Facsimile
                         remyj@jacksonlewis.com
                         harperj@jacksonlewis.com
                         ATTORNEYS FOR PLAINTIFF/COUNTER-
                           DEFENDANT

and

SCRIVEN LAW OFFICES

                         By:  /S/
                         Wayne Marcus Scriven (D.C. Bar No. 438642)
                         1655 North Fort Myer Drive
                         Suite 700
                         Arlington, Virginia 22209
                         (703) 248-2608
                         (703) 351-5298
                         w_marcus_scriven@msn.com
                         ATTORNEY FOR DEFENDANTS/COUNTER-
                         PLAINTIFF PETERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CHEMICAL SOCIETY

    Plaintiff/Counter-Defendant,

v.

ENTERPRISE TECHNOLOGY SERVICES
GROUP, LLC, et al.

    Defendants/Counter-Plaintiff.

Civil Action No.: 1:07cv00375(PLF)

### ORDER

The stay in this matter shall be extended to February 14, 2008. By or before February 14, 2008, the parties shall file a joint status report informing the Court if they have reached final settlement. The status conference currently scheduled for December 20 shall be removed from the calendar.

IT IS SO ORDERED, this _____ day of December, 2007.

_____
United States District Judge