## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CHEMICAL SOCIETY

               Plaintiff/Counter-Defendant,

    v.

ENTERPRISE TECHNOLOGY SERVICES
GROUP, LLC, et al.

               Defendants/Counter-Plaintiff.

Civil Action No.:  1:07cv00375 (PLF)

### JOINT STATUS REPORT

Plaintiff/Counter-Defendant American Chemical Society, Defendant Enterprise Technology Solutions Group, LLC, and Defendant/Counter-Plaintiff Peterson hereby notify the Court they have completed a proposed draft of a Settlement Agreement of all issues in this action, but the parties are reviewing suggested modifications and changes to the language of this settlement agreement.  The parties are confident that they will be able to agree to the final version of the proposed Settlement Agreement within the next 21 days, if not sooner than 21 days from the date of this Status Report.  This matter will be concluded at that point and will be ready for a dismissal upon the ground of the parties' settlement of all issues in the case.

Therefore, the parties ask the Court to extend the current stay in this matter for an additional 21 days.  The parties propose that they will make a further report to the Court no later than March 6, 2008, if not sooner, and expect to inform the Court that they have a fully executed Settlement Agreement and request the dismissal of this action.

Given the current status of this matter, the parties do not believe a status conference needs to be held by the Court.

Accordingly, the parties ask the Court to enter the attached order extending the stay in this matter.

Respectfully submitted,

JACKSON LEWIS LLP

Dated: February 14, 2008    By:    /S/_____

John M. Remy (D.C. Bar No. 461244)
Jennifer A. Harper (D.C. Bar No. 502828)
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 Facsimile
remyj@jacksonlewis.com
harperj@jacksonlewis.com
ATTORNEYS FOR PLAINTIFF/COUNTER-
    DEFENDANT

and

SCRIVEN LAW OFFICES

By:    /S/_____

Wayne Marcus Scriven (D.C. Bar No. 438642)
1655 North Fort Myer Drive
Suite 700
Arlington, Virginia 22209
(703) 248-2608
(703) 351-5298
w_marcus_scriven@msn.com
ATTORNEY FOR DEFENDANTS/COUNTER-
    PLAINTIFF PETERSON

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY <br><br>               Plaintiff/Counter-Defendant, <br>     v. <br><br> ENTERPRISE TECHNOLOGY SERVICES <br> GROUP, LLC, et al. <br><br>               Defendants/Counter-Plaintiff. | Civil Action No.:  1:07cv00375 (PLF) |

## ORDER

The stay in this matter shall be extended to March 6, 2008.  By or before March 6, 2008, the parties shall file a joint status report informing the Court if they have fully executed a Settlement Agreement and request dismissal of this action.  The Court will not schedule a status conference at this time.


IT IS SO ORDERED, this _____ day of February, 2008.


_____
United States District Judge