UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>        Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC, et al.<br><br>        Defendants/Counter-Plaintiff. | Civil Action No.:  1:07cv00375(PLF) |

**JOINT STATUS REPORT**

Plaintiff/Counter-Defendant American Chemical Society ("ACS"), Defendant Enterprise Technology Solutions Group, LLC, and Defendant/Counter-Plaintiff Peterson hereby provide the Court with this joint status report.

The parties have reached agreement on settlement, including the specifics of a written settlement agreement.  Defendants have executed the settlement agreement and have forwarded copies to ACS for its execution this week.

The settlement agreement contains certain conditions precedent prior to any party dismissing its claims with prejudice.  Pursuant to the terms of the settlement agreement, those conditions precedent must be satisfied within 30 days of execution by all parties.

Accordingly, the parties hereby ask the Court to continue the stay in this matter for 45 days.  At or before 45 days, the parties expect to file a stipulation of dismissal with prejudice for all claims.

Because the parties have reached agreement on settlement, the parties also hereby ask the Court to remove the March 19 status conference from its calendar.  ACS' counsel will also be

out of the area on a pre-planned vacation on March 19, and the rest of that week.  Therefore, if the Court wishes to hold a status conference, the parties ask the Court to reschedule the conference for sometime after March 24.

                              Respectfully submitted,

                              JACKSON LEWIS LLP

Dated: March 11, 2008        By:   /S/
                                      John M. Remy (D.C. Bar No. 461244)
                                      Jennifer A. Harper (D.C. Bar No. 502828)
                                      8614 Westwood Center Drive
                                      Suite 950
                                      Vienna, Virginia 22182
                                      (703) 821-2189
                                      (703) 821-2267 Facsimile
                                      remyj@jacksonlewis.com
                                      harperj@jacksonlewis.com
                                      ATTORNEYS FOR PLAINTIFF/COUNTER-
                                         DEFENDANT

                                      and

                                  SCRIVEN LAW OFFICES

                            By:   /S/
                                      Wayne Marcus Scriven (D.C. Bar No. 438642)
                                      1655 North Fort Myer Drive
                                      Suite 700
                                      Arlington, Virginia 22209
                                      (703) 248-2608
                                      (703) 351-5298
                                      w_marcus_scriven@msn.com
                                      ATTORNEY FOR DEFENDANTS/COUNTER-
                                         PLAINTIFF PETERSON