UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>        Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC, et al.<br><br>        Defendants/Counter-Plaintiff. | Civil Action No.: 1:07cv00375(PLF) |

### JOINT STIPULATION OF DISMISSAL

Plaintiff/Counter-Defendant American Chemical Society ("ACS"), Defendant Enterprise Technology Services Group, LLC, and Defendant/Counter-Plaintiff Peterson hereby notify the Court that this matter has been settled and the parties therefore jointly stipulate to the dismissal of this action with prejudice. This joint stipulation applies to all claims brought by ACS against Defendants and all claims brought by Defendants against ACS.

Accordingly, the parties hereby ask the Court to dismiss this matter with prejudice and enter the attached Order.

Respectfully submitted,

JACKSON LEWIS LLP

Dated: May 1, 2008  By:  /S/
                          John M. Remy (D.C. Bar No. 461244)
                          Jennifer A. Harper (D.C. Bar No. 502828)
                          8614 Westwood Center Drive
                          Suite 950
                          Vienna, Virginia 22182
                          (703) 821-2189
                          (703) 821-2267 Facsimile
                          remyj@jacksonlewis.com
                          harperj@jacksonlewis.com
                          ATTORNEYS FOR PLAINTIFF/COUNTER-
                            DEFENDANT

and

SCRIVEN LAW OFFICES

                     By:  /S/
                          Wayne Marcus Scriven (D.C. Bar No. 438642)
                          1655 North Fort Myer Drive
                          Suite 700
                          Arlington, Virginia 22209
                          (703) 248-2608
                          (703) 351-5298
                          w_marcus_scriven@msn.com
                          ATTORNEY FOR DEFENDANTS/COUNTER-
                            PLAINTIFF PETERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>        Plaintiff/Counter-Defendant,<br>v.<br><br>ENTERPRISE TECHNOLOGY SERVICES GROUP, LLC, et al.<br><br>        Defendants/Counter-Plaintiff. | Civil Action No.: 1:07cv00375(PLF) |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal filed by the parties, this matter, including all claims and counterclaims, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of May, 2008.

_____
United States District Judge