UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CHEMICAL SOCIETY

    Plaintiff/Counter-Defendant,

    v.

ENTERPRISE TECHNOLOGY SERVICES
GROUP, LLC, et al.

    Defendants/Counter-Plaintiff.

FILED
MAY 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No.:  1:07cv00375(PLF)

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal filed by the parties, this matter, including all claims and counterclaims, is hereby dismissed with prejudice.

IT IS SO ORDERED, this 5th day of May, 2008.

_____
United States District Judge

3